# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LEE D. SIMMONDS, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.    07-CV-840 DRH** |
| | ) | |
| **CVS PHARMACY, INC. et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge G. Patrick Murphy.  All further documents filed in this matter shall bear case number 07-CV-840-GPM.

**IT IS SO ORDERED**.

DATED:  This  20th  day of December, 2007.

/s/      David R. Herndon

**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**